1  ANDREW J. GRAY IV (CA Bar No. 202137)
   BRUNO TARABICHI (CA Bar No. 215129)
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2212
4  Tel:  650.843.4000
   Fax:  650.843.4001
5
   Attorneys for Plaintiff
6  CNF Inc.

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CNF Inc., | |
| Plaintiff, | Case No. 3:05-CV-03453 JSW |
| vs. | **PLAINTIFF CNF INC.'S REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |
| MENLOWORLWIDE.COM, | |
| Defendant. | |

### REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Pursuant to Local Rule 16-2(d), Plaintiff CNF Inc. requests that the Court continue the Initial Case Management Conference in this action one week to Friday, March 31, 2006 at 1:30 p.m.

Good cause exists for this request because Plaintiff's counsel will be traveling and unavailable on March 24, 2006, the date currently set for the case management conference.

In addition, Plaintiff has concurrently filed a request for default against the defendant. Defendant has not appeared in this action and is apparently not represented by counsel in this action.

//

//

| | | |
|---|---|---|
| 1 | Dated: March 15, 2006 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By    /s/ Bruno Tarabichi |
| 4 | | Andrew J. Gray |
| | | Bruno Tarabichi |
| 5 | | Attorneys for Plaintiff |
| | | CNF Inc. |

**GRANTED**

*Jeffrey S. White*
Judge Jeffrey S. White

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

March 15, 2006

1-PA/3579180.1

2

REQUEST TO CONTINUE CMC