ANDREW J. GRAY IV (CA Bar No. 202137)
BRUNO TARABICHI (CA Bar No. 215129)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiff
CNF Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNF Inc., <br><br> Plaintiff, <br><br> vs. <br><br> MENLOWORLWIDE.COM, <br><br> Defendant. | Case No. 3:05-CV-03453 JSW <br><br> **PLAINTIFF CNF INC.'S REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |

## REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Pursuant to Local Rule 16-2(d), Plaintiff CNF Inc. requests that the Court continue the Initial Case Management Conference in this action to Friday, April 28, 2006 at 1:30 p.m.

Good cause exists for this request because Defendant is currently in default.

Dated: March 30, 2006                                MORGAN, LEWIS & BOCKIUS LLP

GRANTED
Judge Jeffrey S. White

By    /s/ Bruno Tarabichi
      Andrew J. Gray
      Bruno Tarabichi
      Attorneys for Plaintiff
      CNF Inc.

1-PA/3582630.1                                                                              REQUEST TO CONTINUE CMC