ANDREW J. GRAY IV (CA Bar No. 202137)
BRUNO TARABICHI (CA Bar No. 215129)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiff
CNF Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNF Inc., | |
| Plaintiff, | Case No. 3:05-CV-03453 JSW |
| vs. | **PLAINTIFF CNF INC.'S REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |
| MENLOWORLWIDE.COM, | |
| Defendant. | |

## REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Pursuant to Local Rule 16-2(d), Plaintiff CNF Inc. requests that the Court continue the

Initial Case Management Conference in this action to Friday, May 26, 2006 at 1:30 p.m.

Good cause exists for this request because the parties are discussing settlement.

Dated: April 24, 2006

MORGAN, LEWIS & BOCKIUS LLP


By _____/s/ Bruno Tarabichi_____
Andrew J. Gray
Bruno Tarabichi
Attorneys for Plaintiff
CNF Inc.

*IT IS SO ORDERED*
*Jeffrey S. White*
Judge Jeffrey S. White

REQUEST TO CONTINUE CMC