1  ANDREW J. GRAY IV (CA Bar No. 202137)
   BRUNO TARABICHI (CA Bar No. 215129)
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2212
4  Tel: 650.843.4000
   Fax: 650.843.4001
5
   Attorneys for Plaintiff
6  CNF Inc.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 CNF Inc.,

12         Plaintiff,                      Case No. 3:05-CV-03453 JSW

13     vs.                                 **PLAINTIFF CNF INC.'S REQUEST TO
                                           CONTINUE THE INITIAL CASE
14 MENLOWORLWIDE.COM,                      MANAGEMENT CONFERENCE**

15         Defendant.

16
        **REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**
17
        Pursuant to Local Rule 16-2(d), Plaintiff CNF Inc. requests that the Court continue the
18
   Initial Case Management Conference in this action to Friday, June 23, 2006 at 1:30 p.m.
19
        Good cause exists for this request because the parties are discussing settlement.
20
   Dated:  May 22, 2006                    MORGAN, LEWIS & BOCKIUS LLP
21

22
                                           By      /s/ Bruno Tarabichi
23                                            Andrew J. Gray
                                              Bruno Tarabichi
24                                            Attorneys for Plaintiff
                                              CNF Inc.
25

26  *IT IS SO ORDERED*
    *Jeffrey S. White*
27  Judge Jeffrey S. White

28

1-PA/3588832.1                                              REQUEST TO CONTINUE CMC